| | | | |
|---|---|---|---|
| Com. v. Wilmer .... | 04/26/2016 | 10 WAL (2016) | Denied | Pa.Super., 135 A.3d 669 |
| Com. v. Winston [32].. | 04/20/2016 | 662 EAL (2015) | Denied | Pa.Super., 134 A.3d 491 |
| Com. v. Yelverton .. | 05/17/2016 | 9 EAL (2016) | Denied | Pa.Super., 134 A.3d 102 |
| D.A.H., In re; E.H., In re............. | 05/10/2016 | 132 EAL (2016) | Denied | No. 3011 EDA 2015 |
| Deutsche Bank Nat. Trust Co. v. Gard- ner [33] ........... | 05/03/2016 | 2 EAL (2016) | Denied | Pa.Super., 125 A.3d 1221 |
| Etzler v. Etzler [34] ... | 05/18/2016 | 959 MAL (2015) | Denied | Pa.Super., 134 A.3d 495 |
| Evergreen Manage- ment Group Inc. v. Commercial Snow & Ice LLC ....... | 05/03/2016 | 809, 810 MAL (2015) | Denied | Pa.Super., 125 A.3d 452 |
| First Cornerstone Bank v. Portnoy [35]; Portnoy, In re .... | 05/03/2016 | 898 MAL (2015) | Denied | Pa.Super., 133 A.3d 68 |
| Glushko v. Henry Law Firm ........ | 05/03/2016 | 993 MAL (2015) | Denied | No. 1436 EDA 2015 |
| Green Tree Servic- ing Mortg. Co. v. Rauso; Rauso, In re .............. | 05/10/2016 | 29 MAL (2016) | Denied | No. 2156 EDA 2015 |

**32.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**33.** Justice WECHT did not participate in the consideration or decision of this matter.

**34.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**35.** Justice WECHT did not participate in the consideration or decision of this matter.